UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARNOLD RISPLER et al.,                          :
                                                :
                           Plaintiffs,          :                **ORDER**
                                                :
             -against-                          :                04-CV-1323 (DLI)
                                                :
SOL SPITZ CO., INC. RETIREMENT TRUST et al.,   :
                           Defendants.          :
-------------------------------------------------------------------x

**DORA L. IRIZARRY, U. S. District Judge:**

      The docket sheet reflects that the parties reached a settlement agreement on February 8, 2005. Issues regarding the terms and enforceability of the settlement agreement are hereby referred to Magistrate Judge Arlene R. Lindsay, before whom the parties negotiated the agreement.

      By letter dated April 19, 2005, plaintiffs' counsel, Victoria Quesada, makes reference to and renews her request for an ex parte temporary restraining order initially filed on January 14, 2005. Said application was held in abeyance in light of the parties' attempts to negotiate a settlement and will continue to be held in abeyance pending the outcome of the next scheduled conference before Judge Lindsay.

      The parties are reminded of their obligation to refrain from filing any frivolous papers and are hereby on notice that any such filings will be subject to Fed. R. Civ. P. 11 sanctions.


DATED:     Brooklyn, New York
           April 20, 2005

                                                                     DORA L. IRIZARRY
                                          United States District Court Judge