UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARNOLD RISPLER et al.,

       Plaintiffs,    **ORDER**

   -against-    04-CV-1323 (DLI) (ARL)

SOL SPITZ CO., INC. RETIREMENT TRUST et al.,
       Defendants.
-------------------------------------------------------------------x

### DORA L. IRIZARRY, U. S. District Judge:

  A.G. Edwards is hereby ordered to produce to the court a list of any and all retirement trust accounts, including profit sharing plans, maintained by A.G. Edwards for the benefit of Sheldon Spitz, the Sol Spitz Co., Inc., and any and all Sol Spitz, Co., Inc., plan participants.

  A.G. Edwards is advised that, until further order of the court, Sheldon Spitz has been prohibited from making any further disbursements and has been directed to cease any and all activity as trustee with respect to the above-listed plans.

  A.G. Edwards is directed to comply with the instant order forthwith via facsimile. The court's facsimile number is (718) 613-2156.

DATED:    Brooklyn, New York
       June 19, 2006

              _Dora L. Irizarry_
              DORA L. IRIZARRY
              United States District Judge