UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARNOLD RISPLER, et al.,

                Plaintiffs,         **ORDER**
                                          CV 04-1323 (DLI)(ARL)

    -against-

SOL SPITZ CO., INC., RETIREMENT TRUST,
et al.,

                Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By order dated May 22, 2006, the undersigned directed the plaintiffs to provide notice of this action to all non-suing plan participants by June 30, 2006. Plaintiffs have apprised the court by letter dated June 30, 2006 that such notice has been provided to seven of the ten non-suing plan participants whose addresses plaintiffs have obtained. With regard to the remaining three individuals, the plaintiffs have not yet learned their addresses and, accordingly, request an extension of time to provide the required notice. Defendants have consented to this request. The application is granted. The notice shall be provided by July 31, 2006.

Dated:  Central Islip, New York         **SO ORDERED:**
       July 11, 2006

                                                        /s/
                                      _____
                                      ARLENE R. LINDSAY
                                      United States Magistrate Judge